## MADISON COUNTY v. COOPER.

1. **Practice in the Supreme Court: ABSTRACT: EVIDENCE.** Where both parties appeal and neither presents the evidence nor an abstract thereof, the judgment of the court below will be affirmed.

*Appeal from Madison Circuit Court.*

THURSDAY, APRIL 6.

DEFENDANT was clerk of the District and Circuit Courts of said county; and plaintiff claims that as such he received large sums of money as fees in excess of his salary, which he has converted to his own use. Defendant, by way of counterclaim, alleges that plaintiff is indebted to him for services performed. Trial to the court. Judgment for costs in favor of defendant. Both parties appeal.

*Byram Leonard*, for plantiff.

*Ruby & Murray* and *Eli Wilkin*, for defendant.

SEEVERS, CH. J.—The defendant attaches to his answer, as an exhibit, a report of the fees received by him, which was offered and received in evidence, and no other evidence whatever seems to have been introduced, showing what amount of fees were received by defendant, except the amount received in probate matters. The exhibit above referred to is not contained in the abstract. Although both parties have appealed, neither have seen proper to furnish us with the evidence.

In this state of the record, the judgment must be affirmed as to both appeals.

AFFIRMED.